IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**                                 CRIMINAL NO. 1:17CR32-22
                                                  (Judge Keeley)

**AMANDA MADDOX,**

    **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 669), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On October 19, 2017, the defendant, Amanda Maddox ("Maddox"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Count Seventy-Two of the Indictment. Maddox stated that she understood that the magistrate judge is not a United States district judge, and consented to pleading before the magistrate judge. This Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Maddox's statements during the plea hearing and the government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Maddox was competent to enter a plea, that the plea was freely and voluntarily

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 669), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

given, that she was aware of the nature of the charges against her and the consequences of her plea, and that a factual basis existed for the tendered plea. On October 19, 2017, the magistrate judge entered an Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 669) finding a factual basis for the plea and recommended that this Court accept Maddox's plea of guilty to Count Seventy-Two of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Maddox's guilty plea, and **ADJUGES** her **GUILTY** of the crime charged in Count Seventy-Two of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

**USA v. MADDOX** 1:17CR32-22

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 669), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer shall undertake a presentence investigation of Maddox, and prepare a presentence report for the Court;

2. The Government and Maddox shall provide their versions of the offense to the probation officer by **November 13, 2017**;

3. The presentence report shall be disclosed to Maddox, defense counsel, and the United States on or before **January 15, 2018**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **January 29, 2018;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **February 6, 2018**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 669), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

factual basis from the statements or motions, on or before **February 6, 2018.**

The magistrate judge remanded Maddox to the custody of the United States Marshal Service.

The Court will conduct the sentencing hearing for the defendant on **Friday, February 23, 2018** at **2:30 P.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: November 3, 2017

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE